

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2015

No. 04-14-00636-CV

**IN RE** Rosa **VIDA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice

By order dated January 7, 2015, this court conditionally granted relator's petition for writ of mandamus and ordered the Honorable Beckie Palomo to enter an order granting relator's plea to the jurisdiction. Our order stated, "The writ will issue only if this court is notified that Judge Palomo has failed to enter the order granting relator's plea to the jurisdiction as directed within ten days from the date of this order."

On January 8, 2015, the real-parties-in-interest filed an emergency motion for temporary orders requesting that we modify the date on which this court will issue its writ because the real-parties-in-interest intend to file a motion for rehearing. The motion is GRANTED. In accordance with our opinion and order dated January 7, 2015, the writ will issue only if this court is notified that Judge Palomo has failed to enter the order granting relator's plea to the jurisdiction by the later of January 27, 2015, or ten days from the date this court overrules any timely filed motions for rehearing.

It is so **ORDERED** on January 9th, 2015.

PER CURIAM

ATTESTED TO:

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2012-CVT-000773-D3, styled *Luis and Janeth Moreno, et al. v. Mary Help of Christians School, Institute of the Daughters of Mary Help of Christians Salesian Sisters of St. John Bosco, and Rosa Vida*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Beckie Palomo, presiding.